IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS, #173816, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-838-MEF |
| ) | |
| GARY HETZEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On January 22, 2013, the Magistrate Judge filed a Recommendation (Doc. #62) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's motion to dismiss is GRANTED and this case is DISMISSED without prejudice.

DONE this the 14th day of February, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE